EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:19−mj−00759−RMS All Defendants

| | |
|---|---|
| Case title: USA v. Stevenson | Date Filed: 05/09/2019 |

Assigned to: Judge Robert M. Spector

**Defendant (1)**

| | | |
|---|---|---|
| **Ryan Stevenson** | represented by | **Allison Murray Near**<br>Federal Defender's Office<br>265 Church Street<br>Suite 702<br>New Haven, CT 06510<br>203−498−4200<br>Fax: 203−498−4207<br>Email: Allison_Near@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18USC 1349 Conspiracy to Commit Wire Fraud | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by |

**Marc Harris Silverman**
DOJ–USAO
Marc Silverman
157 Church Street, Floor 25
New Haven, CT 06510
203–821–3700
Email: marc.silverman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/09/2019 | 1 | | ORAL MOTION to Unseal Search Warrant Case 3:19−mj−733 by USA as to Ryan Stevenson. (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 2 | | Minute Entry: Initial Appearance in Rule 5 Proceedings as to Ryan Stevenson held on 5/9/2019; Motion Hearing as to Ryan Stevenson held on 5/9/2019 before Judge Robert M. Spector: granting 1 Motion to Unseal Case 19mj733 (1); ; Detention Hearing as to Ryan Stevenson held on 5/9/2019; Order appointing Allison Near as FPD; Non Surety Bond set at $20,0000, Total Time 31 minutes(Court Reporter FTR.) (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 4 | | WAIVER of Rule 5 and 5.1 Hearings by Ryan Stevenson (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 5 | | USM Return of Service on Arrest Warrant executed as to Ryan Stevenson on 5/9/19 (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 6 | | Unsecured Bond Entered as to Ryan Stevenson in amount of $ 20,000.00, (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 7 | | ORDER Setting Conditions of Release as to Ryan Stevenson<br>Signed by Judge Robert M. Spector on 5/9/19. (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 8 | | ORDER REQUIRING DFT TO APPEAR in the Eastern District of Michigan on 5/16/19 at 10:00 a.m. as to Ryan Stevenson<br>Signed by Judge Robert M. Spector on 5/9/19. (Pesta, J.) (Entered: 05/10/2019) |
| 05/09/2019 | 9 | | ELECTRONIC FILING ORDER FOR COUNSEL as to Ryan Stevenson − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Robert M. Spector on 5/9/19. (Pesta, J.) (Entered: 05/10/2019) |

```
MIME-Version:1.0
From:CMECF@ctd.uscourts.gov
To:CMECF@ctd.uscourts.gov
Bcc:
--Case Participants: Allison Murray Near (allison_near@fd.org), Judge Robert M. Spector
(ashlee_campbell@ctd.uscourts.gov, i-rms@ctd.uscouts.gov, monica_watson@ctd.uscourts.gov,
robert_spector@ctd.uscourts.gov, s-rms@ctd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5832343@ctd.uscourts.gov
Subject:Activity in Case 3:19-mj-00759-RMS USA v. Stevenson Motion to Unseal Case
```
Content–Type: text/html

# U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 5/10/2019 at 12:31 PM EDT and filed on 5/9/2019

**Case Name:** USA v. Stevenson
**Case Number:** 3:19–mj–00759–RMS
**Filer:** USA
**Document Number:** 1(No document attached)
**Docket Text:**
**ORAL MOTION to Unseal Search Warrant Case 3:19–mj–733 by USA as to Ryan Stevenson. (Pesta, J.)**

**3:19–mj–00759–RMS–1 Notice has been electronically mailed to:**

Allison Murray Near    Allison_Near@fd.org

**3:19–mj–00759–RMS–1 Notice has been delivered by other means to:**

3

Case 2:16-cr-20026-DDC Document 12 Filed 05/10/19 Page 4 of 24
Case 3:19-mj-00759-RMS Document 10 Filed 05/09/19 Page 1 of 2

Criminal Std (6/13/2012)

HONORABLE: Robert M. Spector
DEPUTY CLERK: A. Campbell
RPTR/ECRO/TAPE: FTR
USPO: J. Dickson/C. Hall
INTERPRETER:
TOTAL TIME: ___ hours 31 minutes
DATE: May 9, 2019   START TIME: 12:47pm   END TIME: 1:18pm

**COURTROOM MINUTES**

- [ ] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [x] IA- RULE 5
- [x] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. 3:19-mj-759(RMS)   DEFT # ____

M. Silverman
AUSA

UNITED STATES OF AMERICA
vs
Ryan Stevenson

A. Near
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ...... [x] Arrest Date (CT Case): 05-09-2019  [ ] Case unsealed or [ ] Rule 5 arrest, ____ Dist of ____
- [x] ...... CJA 23 Financial Affidavit filed [x] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [x] ...... Court appoints Attorney Allison Near to represent defendant for [ ] this proceeding only [x] all proceedings
- [ ] ...... Appearance of ____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ...... Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due ____; Government responses due ____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for ____ at ____
- [ ] ...... Jury Selection set for ____ at ____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for ____ at ____ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $____ on count(s) ____. Total $ ____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of ____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Bond [x] set at $20,000.00 [ ] reduced to $____ [x] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... ____ Hearing [ ] waived [ ] set for ____ [ ] continued until ____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

4

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☒ ..... Govt's oral motion  to unseal SW 19mj733  ☒ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement

Notes:

5

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2019 MAY -9 P 2: 43
U.S. DISTRICT COURT
NEW HAVEN, CT.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-mj-759 (RMS) |
| | ) | |
| Ryan Stevenson | ) | Charging District's Case No. 19-20246 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Michigan

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: X 5/8/19

X *[signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Allison Near
*Printed name of defendant's attorney*

6

|  | AUSA: | Timothy Wyse | Telephone: | (313) 226-9144 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Mark ~~~~~~ | Telephone: | (313) 226-0533 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

FILED
2019 MAY -9 P 2:43
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
D-6 Ryan Stevenson

2:19-cr-20246

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ryan Stevenson
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud

Date: APR 1 8 2019

City and state: DETROIT, MICHIGAN

*Issuing officer's signature*
DEBORAH TYLER, DEPUTY CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/2019, and the person was arrested on *(date)* 5/9/2019
at *(city and state)* West Haven, CT

Date: 5/9/2019

*Arresting officer's signature*
Special Agent Michael Manganiello
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA

7

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.

Ryan Stevenson
*Defendant*

)
)
)
)

Case No. 3:19-mj-759 (RMS)

## APPEARANCE BOND

### Defendant's Agreement

I, _____Ryan Stevenson_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 20,000.00 .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

8

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: x 5/9/19

x *[signature]*
*Defendant's signature*

x MEL STEVENSON
*Surety/property owner – printed name*

x *[signature]* x 5-9-19
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 5.9.19

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 5/9/19

/s/ Robert M. Spector
*Judge's signature*

9

AO 199A (Rev. 12/11) Order Setting Conditions of Release        Page 1 of  3  Pages

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America )
v. )
Ryan Stevenson )   Case No.  3:19mj759(RMS) and 2:19cr20246
)
)
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Court for the Eastern District of Michigan
*Place*
231 West Lafayette Blvd., Detroit, MI 48226

on May 16, 2019 at 10:00am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

The defendant will execute a $20,000 unsecured, surety bond which is co-signed by the defendant's father, Mel Stevenson.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:
Person or organization **Mel Stevenson**
Address *(only if above is an organization)*
City and state **West Haven, CT**    Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ 5-9-19
Custodian    Date

(X) (7) The defendant must:
- (X) (a) submit to supervision by and report for supervision to the **United States Probation Office**, telephone number _____, no later than **05/09/2019**.
- ( ) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- ( ) (d) surrender any passport to:
- (X) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel: **The defendant's travel is restricted to CT and the Eastern District of Michigan (for court). He is required to reside with his parents at their West Haven address**
- (X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
- ( ) (h) get medical or psychiatric treatment:
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (k) not possess a firearm, destructive device, or other weapon.
- (X) (l) not use alcohol ( ) at all (X) excessively.
- (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (X) (s) **Based on the underlying circumstances of the offense, the defendant is prohibited from accessing the internet and/or the dark web from any device.**

Defendant shall comply with all rules of the USPO and all orders of the probation officer. Any failure to comply with **any** such rules and/or orders shall constitute a violation of these conditions of release and may result in revocation of bond.

11

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

                                                  *[signature]*
                                                  *Defendant's Signature*

                New Haven, CT
                                                  *City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/9/2019                                                    /s/ Robert M. Spector
                                                                             *Judicial Officer's Signature*

                                                        Robert M. Spector, United States Magistrate Judge
                                                                                    *Printed name and title*

                DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:19-mj- 759 (RMS) |
| Ryan Stevenson | ) |
| | ) Charging District: Eastern District of Michigan |
| *Defendant* | ) Charging District's Case No. 19-20246 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | Courtroom No.: Duty Judge |
|---|---|
| | Date and Time: 5/16/2019 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/09/2019

/s/ Robert M. Spector
*Judge's signature*

Robert M. Spector, United States District Court
*Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN MAGISTRATE CASES

This case is designated as an electronically filed case. This means that all pleadings will be required to be filed electronically. Documents filed electronically must be filed in OCR text searchable PDF format. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at www.ctd.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from this date forward.

Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

If electronic filing would impose an undue burden on counsel or the parties, a motion may be made to vacate the Electronic Filing Order, for good cause shown.

SO ORDERED.

                                              /s/   Robert M. Spector
                                              United States Magistrate Judge

Rev 5/1/18